**Violation Notice**   CT-51

Violation Number: 1746748

Officer Name (Print): S. LaBella

Officer No.: 3591

1746748

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 01-13-2015 0730

Offense Charged: ☒ CFR ☐ USC ☐ State Code

1.218 (b) #30

Place of Offense: memorial Dr.

Offense Description: Fail to stop at stop sign

## DEFENDANT INFORMATION

Last Name: Davis

First Name: Aaron

M.I.: M

| Tag No. | State | Year | Make/Model | Color |
|---------|-------|------|------------|-------|
| OAM UB1 | CT. | 04 | Acura ATL | GREY |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 25.00 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 50.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 03/2009)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Jan 01, 20 15 while exercising my duties as a law enforcement officer in the 51 ST District of CT.

I observed Aaron Davis driving a grey Acura ATL west bound on memorial Dr. Aaron failed to stop at the posted stop sign at the intersection of memorial Dr. and Access Rd.
U.O.R # 2015-01-13-0730-3357

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/13/2015   [Officer's Signature]

Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)   U.S. Magistrate Judge